IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION



### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: Newport News City Jail
Attn: Deputy Price
224 26th Street
Newport News, VA 23607
Telephone: (757) 926-8535

CRIMINAL NO.: 4:23cr54

WE COMMAND YOU to surrender the body CORTEZ BUMPHUS, detained under your custody, to the United States Marshal for the Eastern District of Virginia or his Deputy. The said United States Marshal is directed to produce the body before the United States District Court for the Eastern District of Virginia, Newport News, Virginia, on September 14, 2023, at 2:00 p.m., and at such other times as this Court may direct, then and there to do, submit to, and receive whatsoever the Court shall then and there determine. The body thereafter shall forthwith be returned by the United States Marshal to the above-referenced institution and custody, and you have then and there this writ.

WITNESS, the Honorable Lawrence R. Leonard, Magistrate Judge of the United States District Court for the Eastern District of Virginia, at Norfolk, Virginia, this 12th day of September, 2023.

FERNANDO GALINDO, CLERK

By: D.B. /s/

D. Brandt, Deputy Clerk