AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL**
**SEALED**

| United States of America | ) |
|---|---|
| v. | ) |
| Anastasia Suyas | ) Case No. 4:23cr54 |
| | ) FID# 11593850 |
| | ) |
| Defendant | ) |

RECEIVED UNITED STATES MARSHAL
2023 SEP 12 A 8:41
EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION

FBI

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Anastasia Suyas,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

T.21:846 and 841- Conspiracy to Distribute and Possses with Intent to Distribute Marijuana, Cocaine, Fentanyl, Oxycodone and Cocaine Base. Count Two- et al

Date:   09/11/2023

_____
*Issuing officer's signature*

City and state:   Newport News, Virginia

Douglas E. Miller, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9-12-23, and the person was arrested on *(date)* 9/14/23
at *(city and state)* Newport News, Virginia.

Date: 9/14/23

FILED IN OPEN COURT
SEP 14 2023
CLERK U.S. DISTRICT COURT
Newport News

_____
*Arresting officer's signature*

TerryAnn Burns, FBI Special Agent
*Printed name and title*