AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL**

**SEALED**

United States of America
v.

BRANDON LAMAR MARTIN

Case No. 4:23cr54

FIO # 11595815

FBI

*Defendant*

RECEIVED
2023 SEP 12 A 8:05
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION
UNITED STATES MARSHAL

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Brandon Lamar Martin,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

T.21:846 and 841 - Conspiracy to Distribute and Possess with Intent to Distribute Marijuana, Cocaine, Fentanyl, Oxycodone and Cocaine Base (Count Two, et al.)

Date: 09/11/2023

*Issuing officer's signature*

City and state: Newport News, Virginia

Douglas E. Miller, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9-12-23, and the person was arrested on *(date)* 09-14-23
at *(city and state)* Hampton, VA.

Date: 9/14/23

FILED IN OPEN COURT
SEP 14
CLERK U.S. DISTRICT CO
Newport News

*Arresting officer's signature*

Special Agent John Smith
*Printed name and title*