AO 442 (Rev. 11/11) Arrest Warrant

ORIGINAL

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

RECEIVED
UNITED STATES MARSHAL
2023 SEP 12 A 9:07
EASTERN DISTRICT
OF VIRGINIA
NORFOLK DIVISION

SEALED

| United States of America | ) |
| v. | ) |
| Freddie Jamaul Moore | ) Case No. 4:23cr54 |
| | ) FID: 11593858 |
| | ) FBI |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Freddie Jamaul Moore,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

T.21:841(T.21:846, 8:41(a)(1) and 841(b)(1)(A) - Conspiracy to Distribute and Possess with Intent to Distribute Marijuana, Cocaine, Fentanyl, Oxycodone and Cocaine Base

Date: 09/11/2023

*Issuing officer's signature*

City and state: Newport News, Virginia

Douglas E. Miller, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 09/14/2023, and the person was arrested on *(date)* 09/14/2023
at *(city and state)* Portsmouth, VA.

Date: 09/14/2023

FILED IN OPEN COURT
SEP 14 2023
CLERK U.S. DISTRICT COURT
Newport News

*Arresting officer's signature*

John N Farr, Special Agent
*Printed name and title*