ORIGINAL

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.
Rahkim Oneil Perry

*Defendant*

) Case No. 4:23cr54
) F.ID: 11593728
) FBI
)

RECEIVED
UNITED STATES MARSHAL
2023 SEP 11 P 4:46
EASTERN DISTRICT
OF VIRGINIA
NORFOLK DIVISION

SEALED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Rahkim Oneil Perry,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

T.21:846, 8:41(a)(1) and 841(b)(1)(A) - Conspiracy to Distribute and Possess with Intent to Distribute Marijuana, Cocaine, Fentanyl, Oxycodone and Cocaine Base

Date: 09/11/2023

*Issuing officer's signature*

City and state: Newport News, Virginia

Douglas E. Miller, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 9-12-23, and the person was arrested on *(date)* 09/14/2023
at *(city and state)* Newport News, VA

Date: 09/14/2023

FILED IN OPEN COURT
SEP 14 2023
CLERK U.S. DISTRICT COURT
Newport News

*Arresting officer's signature*

SHANON NEWCOMB, FBI Special Agent
*Printed name and title*