AO 442 (Rev. 11/11) Arrest Warrant

**ORIGINAL**

## UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**SEALED**

| | |
|---|---|
| United States of America<br>v.<br>Stepfon Lamount Bumphus<br>a/k/a "Fon"<br><br>*Defendant* | )<br>)   Case No.   4:23cr54<br>)   FIO # 1159311<br>)<br>)<br>) |

*RECEIVED 2023 SEP 12 A 7:48 EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION / UNITED STATES MARSHAL*

FBI
### ARREST WARRANT

To:      Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Stepfon Lamount Bumphus                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☑ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

   T.21:846 & 21:841(a)(1) and (b)(1)(D) - Possession with Intent to Distribute and Distribution of Marijuana, Cocaine, Fentanyl, Oxycodone and Cocaine Base (Count Two, et al)

Date:     09/11/2023                                                     */s/ A. Farlow*
                                                                                    *Issuing officer's signature*

City and state:     Newport News, Virginia                        Douglas E. Miller, United States Magistrate Judge
                                                                                    *Printed name and title*

---

**Return**

This warrant was received on *(date)* 9-13-23 , and the person was arrested on *(date)* 9-14-23
at *(city and state)* Newport News Virginia .

Date: 9-14-23                                                   *[signature]*
                                                                               *Arresting officer's signature*

                                                                         TerryAnn Burns Special Agent
                                                                               *Printed name and title*

*FILED IN OPEN COURT SEP 14 — CLERK U.S. DISTRICT COURT Newport News*