**ORIGINAL**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**SEALED**

| | |
|---|---|
| United States of America<br>v.<br><br>Zuri Anthony Dre'-Oliver Reeves<br>a/k/a "Zu" & "Zu Waap"<br><br>_Defendant_ | )<br>)   Case No.  4:23cr54<br>)   FID# 10270826<br>)<br>)<br>) |

RECEIVED UNITED STATES MARSHAL 2023 SEP 12 A 8:23 EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION

## ARREST WARRANT
FBI

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_  Zuri Anthony Dre'-Oliver Reeves                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

T.21:848 Continuing Criminal Enterprise (Count One, et al)


Date:  09/11/2023                                     _[signature]_
                                                       _Issuing officer's signature_

City and state:  Newport News, Virginia                Douglas E. Miller, United States Magistrate Judge
                                                       _Printed name and title_

---

**Return**

This warrant was received on _(date)_  9/14/2023 , and the person was arrested on _(date)_  9/14/2023
at _(city and state)_  SPOTSYLVANIA, VIRGINIA

Date:  9/14/2023                                       _[signature]_
                                                       _Arresting officer's signature_

                                                       ANDREW AMARILLO   TFO
                                                       _Printed name and title_

FILED IN OPEN COURT
SEP 1 4 2023
CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA