AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Christina Michele Thompson<br>*Defendant* | )<br>)  Case No. 4:23cr54<br>)  FID 11593853<br>)  FBI |

RECEIVED UNITED STATES MARSHAL
2023 SEP 12 A 8:54
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

ORIGINAL   SEALED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Christina Michele Thompson,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

T.21:846 and 841- Conspiracy to Distribute and Possess with Intent to Distribute Marijuana, Cocaine, Fentanyl, Oxycodone and Cocaine Base. Count Two- et al

Date: 09/11/2023

*Issuing officer's signature*

City and state: Newport News, Virginia

Douglas E. Miller, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 9/14/2023, and the person was arrested on (date) 9/14/2023
at (city and state) SPOTSYLVANIA, VIRGINIA

Date: 9/14/2023

FILED IN OPEN COURT
SEP 14 2023
DISTRICT COURT VA

*Arresting officer's signature*

ANDREW AMARILLO TFO
*Printed name and title*