10-9-2023

Dear Judge Douglas Miller,

I am writing this letter to express my support for my nephew, Zuri Reeves who is currently seeking bond during this challenging time. I have know Zuri his entire life practically raised him along with my own children. I would like to share my perspective on his character and the responsibilities he holds.

Zuri is not only my nephew he's like a son. He is a dedicated family man, that's the way he was raised. He is the sole provider for his growing family, which includes 2 small children and 1 on the way. His commitment to their well being is unwavering. He has always put his family's needs first before his own and has strived to create a stable and nuturing enviroment for them.

Throughout the years I have witnessed Zuri dedication to his children and his determination to provide for them a safe and loving home. He is a loving father as was his late father real family men and providers, a responsible husband and caring son and nephew. His actions have consistently demonstrated his desire to be a positive role model and provider for his family.

I firmly believe Zuri is not a risk or poses any danger to the community. His commitment to his family future is a testament to his character. I am confident that he will continue to meet his responsibilities and adhere to any conditions set by the court if granted bond.

I respectfully request that you consider granting bond to Zuri Reeves so that he can continue to support his family and contribute positively to society. I strongly believe in his ability to learn for this situation and make amends as necessary.

Thank you for your time and consideration for my nephew Zuri.

Sincerely,
LaTrease Wynn
(aunt Penny)