**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**
*Newport News Division*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                            ) | Case No. 4:23-cr-54 |
| ) | |
| DILQUON BEST,                                       ) | |
| ) | |
| **Defendant**                                         ) | |

## DEFENDANT DILQUON BEST'S RESPONSE TO THE GOVERNMENT'S MOTION AND SUPPLEMENTAL MOTION FOR REVOCATION OF RELEASE ORDER

NOW COMES Defendant, Dilquon Best, by counsel, pursuant to this Court's Order (ECF No. 333) requiring him to file a response to the Government's Motion and Supplemental Motion for Revocation of Release Order (the "Government's Motions"). Undersigned counsel conducted two in-person meetings with Mr. Best on October 23, 2023, and October 31, 2023. During those meetings counsel reviewed and discussed the Government's Motions, among other relevant issues. As a result, Mr. Best does not oppose the Government's Motions, and has requested to explore early plea negotiations.

Mr. Best understands that by not opposing the Government's Motions he will be detained at Western Tidewater Regional Jail pending trial or sentencing. Furthermore, undersigned counsel has contacted Assistant United States Attorney Eric Hurt to discuss early plea negotiations following a more thorough discovery review.

Respectfully submitted,

DILQUON BEST,

By:   /s/
Anthony M. Gantous
Virginia State Bar No. 78186
Anchor Legal Group, PLLC

                                                5101 Cleveland Street, Suite 100  
                                                Virginia Beach, VA  23462  
                                                Tel:     (757) 529-0000  
                                                Fax:    (757) 909-7241  
                                                Email: anthony@anchorlg.com  
                                                Attorney for Defendant,  
                                                Dilquon Best

**CERTIFICATE OF SERVICE**

       I hereby certify that on November 1, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Eric Hurt, Esq.
Assistant United States Attorney
721 Lake Front Commons, Ste. 300
Newport News, VA 23606
eric.hurt@usdoj.gov

                                                /s/_____
                                                Anthony M. Gantous
                                                Virginia State Bar No. 78186
                                                Anchor Legal Group, PLLC
                                                5101 Cleveland Street, Suite 100
                                                Virginia Beach, VA  23462
                                                Tel:     (757) 529-0000
                                                Fax:    (757) 909-7241
                                                Email: anthony@anchorlg.com
                                                Attorney for Defendant,
                                                Dilquon Best