# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL SEALED**

United States of America
v.
THADDEUS WILLIAMS IV

Defendant

Case No. 4:23cr54
FID# 1159302

RECEIVED UNITED STATES MARSHAL
2023 SEP 12 A 6:55
EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION

## ARREST WARRANT (FBI)

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Thaddeus Williams IV,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

T.21:846 and 841 - Conspiracy to Distribute and Possess with Intent to Distribute Marijuana, Cocaine, Fentanyl, Oxycodone and Cocaine Base (Count Two, et al.)

FILED IN OPEN COURT
NOV - 8 2023
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

Date: 09/11/2023

Issuing officer's signature

City and state: Newport News, Virginia

Douglas E. Miller, United States Magistrate Judge
Printed name and title

---

### Return

This warrant was received on (date) 9-12-2023, and the person was arrested on (date) 11-8-2023
at (city and state) Surry, Virginia.

Date: 11-8-2023

Arresting officer's signature

Heather Caly, FBI Task Force Officer
Printed name and title