IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CRIMINAL NO. 4:23CR54 |
| ) | |
| BRANDON LAMAR MARTIN ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR BOND

The United States of America by and through its attorney Jessica D. Aber, United States Attorney for the Eastern District of Virginia and Eric M. Hurt, Assistant United States Attorney submits to the Court that it does not oppose the defendant's Motion for Reconsideration of Detention Order.

PROCEDURAL HISTORY

On September 11, 2023, the defendant, was charged by Indictment (4:23CR54) in the Eastern District of Virginia, Newport News Division, for Count Two, Conspiracy to Distribute Narcotics, in violation of 21 U.S.C. § 846; Count Three, Conspiracy to Launder Money, in violation of 18 U.S.C. § 1956(h); Count Thirty-Three, Possession with Intent to Distribute Marijuana, in violation of 21 U.S.C. § 841; Count Twenty-One, Use of a Communication Device, in violation of 21 U.S.C. § 843; Counts Thirty-Five and Thirty-Six, Possession of a Firearm in Furtherance of Drug Trafficking, in violation of 18 U.S.C. § 924(c)(1)(A), and Count Thirty-Seven, Interstate Travel in Aid of Racketeering, in violation of 18 U.S.C. § 1952.

The defendant was arrested on September 14, 2023, and on September 18, 2023 appeared before this Court for a detention hearing. Following proffers from the United States and the

defendant, the Court ordered the defendant detained pending a trial on May 29, 2024. On December 21, 2023, the defendant filed an unopposed Motion for Reconsideration of his detention order. The United States now responds that it does not oppose the defendant's Motion for Consideration.

In the event the Court grants the defendant's motion, the United States requests that the conditions outlined in ECF 121 be imposed upon the defendant. The United States, upon further investigation believes these conditions will ensure the safety of the community and will insure the defendant's presence at future court proceedings.

## CONCLUSION

The United States does not oppose the defendant's Motion for Reconsideration of his detention status and release on terms and conditions.

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____/s/_____
Eric M. Hurt
Assistant United States Attorney
Virginia State Bar No.35765
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lake Front Commons
Newport News, Virginia 23606
(757) 591-4000 Office
(757) 591-0866 Fax
eric.hurt@usdoj.gov

Certificate of Service

      I certify that on December 22, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record:

                      By:      _____/s/_____
                                Eric M. Hurt
                                Assistant United States Attorney
                                Virginia State Bar No.35765
                                Attorney for the United States
                                United States Attorney's Office
                                Fountain Plaza Three, Suite 300
                                721 Lake Front Commons
                                Newport News, Virginia 23606
                                (757) 591-4000 Office
                                (757) 591-0866 Fax
                                eric.hurt@usdoj.gov