IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 4:23-cr-54 |
| | ) | |
| DONTAE LAMONT DOZIER, | ) | |
| | ) | |
| Defendant. | ) | |

### GOVERNMENT'S NOTICE OF PARTICULARS
### FOR FORFEITURE OF PROPERTY

COMES NOW the United States of America, by its counsel, Jessica D. Aber, United States Attorney for the Eastern District of Virginia, and Kevin Hudson, Assistant United States Attorney, and hereby files this Notice of Particulars for Forfeiture of Property with respect to the above-captioned matter to supplement the criminal forfeiture notice in the Superseding Indictment returned in this case on September 11, 2023 (Document 10).

The Indictment seeks forfeiture of property upon conviction of the counts therein. The Fourth Circuit has noted that, "[a] bill of particulars is an appropriate way to pinpoint certain assets, noted in the indictment, as subject to forfeiture." United States v. Moffitt, Zwerling & Kemler, P.C., 83 F.3d 660, 665 (4th Cir. 1996). The United States hereby gives notice that, in addition to any property already listed in the forfeiture notice, the United States is specifically seeking forfeiture of the following property:

**A 2023 BMW 760i Sedan with VIN # WBA33EJ07PCM35524.**

(In accordance with Title 21, United States Code, Section 853.)

      Respectfully submitted,

      JESSICA D. ABER
      UNITED STATES ATTORNEY


By:    /s/Kevin Hudson
      Kevin Hudson
      Assistant United States Attorney
      Virginia State Bar No. 81420
      Attorney for the United States
      11815 Fountain Way, Suite 200
      Newport News, Virginia 23606
      Office Number: (757) 591-4000
      Facsimile Number: (757) 591-0866
      Email Address: kevin.hudson@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 28th day of December 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing (NEF) to all counsel of record

By:     /s/ Kevin Hudson
Kevin Hudson
Assistant United States Attorney
Virginia State Bar No. 81420
Attorney for the United States
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
Office Number: (757) 591-4000
Facsimile Number: (757) 591-0866
Email Address: kevin.hudson@usdoj.gov