AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 4:23cr54 |
| CARL EUGENE MITCHELL, JR. | ) FID # 11593824 |
| | ) |
| Defendant | ) |

FILED IN OPEN COURT
JAN - 9 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

ORIGINAL
SEALED

2023 SEP 12 A 8:05
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION
RECEIVED UNITED STATES MARSHAL

FBI
## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Carl Eugene Mitchell, Jr.,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☒ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

T.21:846 and 841 - Conspiracy to Distribute and Possess with Intent to Distribute Marijuana, Cocaine, Fentanyl, Oxycodone and Cocaine Base (Count Two, et al.)

Date:    09/11/2023

*Issuing officer's signature*

City and state:    Newport News, Virginia

Douglas E. Miller, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/12/2023, and the person was arrested on *(date)* 1/9/2024
at *(city and state)* Hampton, VA.

Date: 1/9/2024

*Arresting officer's signature*

Jason Holsinger    FBI Special Agent
*Printed name and title*