IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 4:23CR54 |
| ) | |
| STEPFON LAMOUNT BUMPHUS ) | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR BOND MODIFICATION

The United States of America by and through its attorney Jessica D. Aber, United States Attorney for the Eastern District of Virginia and Eric M. Hurt, Assistant United States Attorney submits to the Court that it does not oppose the defendant's Motion for Modification of Bond Conditions.

The defendant seeks a modification of his home detention parameters to allow for a curfew of 3:00pm to 10:00pm on Monday through Friday and 7:00pm to 10:00pm on Saturday and Sunday. The United States does not object to these curfews as long as his activities between these hours are strictly limited to actions related to his two sons.

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By:     /s/
Eric M. Hurt
Assistant United States Attorney
Virginia State Bar No.35765
Attorney for the United States

1

          United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lake Front Commons
Newport News, Virginia 23606
(757) 591-4000 Office
(757) 591-0866 Fax
eric.hurt@usdoj.gov

Certificate of Service

      I certify that on January 10, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record:

By: _____/s/_____
Eric M. Hurt
Assistant United States Attorney
Virginia State Bar No.35765
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lake Front Commons
Newport News, Virginia 23606
(757) 591-4000 Office
(757) 591-0866 Fax
eric.hurt@usdoj.gov