ORIGINAL

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

SEALED

RECEIVED
UNITED STATES MARSHAL
2023 SEP 12 A 8:26
EASTERN DISTRICT
OF VIRGINIA
NORFOLK DIVISION

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | |
| Dilquon Best | ) | Case No. 4:23cr54 |
| a/k/a "Quon" & "DQ" | ) | FID: 9704663 |
| | ) | FBJ |
| Defendant | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Dilquon Best                                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ☑ Superseding Indictment   ❏ Information   ❏ Superseding Information   ❏ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:
   T.21:848 Continuing Criminal Enterprise ( Count One, et al)

Date:   09/11/2023

*Issuing officer's signature*

City and state:   Newport News, Virginia          Douglas E. Miller, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 09/12/23, and the person was arrested on *(date)* 10/2/23
at *(city and state)* _____.

Date:   1/17/24

*Arresting officer's signature*

DUSM Jeffrey Ingram
*Printed name and title*

• Arrested by C/CA on 10/2/23·