AO 442 (Rev. 11/11) Arrest Warrant

**ORIGINAL**

**SEALED**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
| v. | ) Case No. 4:23cr54 |
| ANTONIO LAMONT STOWES | ) FID: 1164171 |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Antonio Lamont Stowes,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

T.21:846 and 841 - Conspiracy to Possess with Intent to Distribute and Distribute Marijuana, Cocaine, Oxycodone, Psilocybin, Promethazine, and Fentanyl (Count Two, et al.)

Date: 04/19/2024

*Issuing officer's signature*

City and state: Norfolk, Virginia

Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/19/24, and the person was arrested on *(date)* 4/30/24
at *(city and state)* SUFFOLK, VA.

Date: 4/30/24

*Arresting officer's signature*

DUSM TAVAREZ FOR FBI
*Printed name and title*