ORIGINAL

SEALED

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) Case No. 4:23cr54 |
| ANTHONY BRITT | ) FJD: 11664949 |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Anthony Britt,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

T.21:846 and 841 - Conspiracy to Possess with Intent to Distribute and Distribute Marijuana, Cocaine, Oxycodone, Psilocybin, Promethazine, and Fentanyl (Count Two, et al.)

Date: 04/19/2024

*Issuing officer's signature*

City and state: Norfolk, Virginia

Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 5/7/24, and the person was arrested on *(date)* 5/8/24
at *(city and state)* Hampton, VA.

Date: 5/8/24

*Arresting officer's signature*

Chris Forvour
*Printed name and title*

RECEIVED

2024 MAY -9 A 8: 27

CLERK US DISTRICT COURT
NORFOLK, VIRGINIA