AO 442 (Rev. 11/11) Arrest Warrant

ORIGINAL
SEALED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
| v. | ) |
| | ) Case No. 4:23cr54 |
| TREVELL DAVIS, JR. | ) |
| | ) FID 11665003 |
| | ) FBJ |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Trevell Davis, Jr.,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

T.21:846 and 841 - Conspiracy to Possess with Intent to Distribute and Distribute Marijuana, Cocaine, Oxycodone, Psilocybin, Promethazine, and Fentanyl (Count Two, et al.)

Date: 04/19/2024

*Issuing officer's signature*

City and state: Norfolk, Virginia

Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 4-19-24, and the person was arrested on *(date)* 5-8-24
at *(city and state)* New Port News, VA.

Date: 5-8-24

*Arresting officer's signature*

Mark Matthews, Special Agent FBI
*Printed name and title*

RECEIVED

2024 MAY -9 A 8 27

CLERK US DISTRICT COURT
NORFOLK, VIRGINIA