AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL**

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4:23cr54 |
| THOMAS WILSON | ) | FID: 11664995 |
| | ) | FBJ |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Thomas Wilson                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

T.21:846 and 841 - Conspiracy to Possess with Intent to Distribute and Distribute Marijuana, Cocaine, Oxycodone, Psilocybin, Promethazine, and Fentanyl (Count Two, et al.)

Date: 04/19/2024

*Issuing officer's signature*

City and state:   Norfolk, Virginia

Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 05/08/24
at *(city and state)*  HAMPTON, VA                          .

Date: 05/08/24

*Arresting officer's signature*

J.A. MZLEWCZYK   FBI TFO
*Printed name and title*

RECEIVED

2024 MAY -9  A 8: 27

CLERK US DISTRICT COURT
NORFOLK, VIRGINIA