AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL**

**SEALED**

United States of America
v.

FARRAH FAIR

Case No. 4:23cr54

FID: 11665073

FBI

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Farrah Fair,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

T.21:846 and 841 - Conspiracy to Possess with Intent to Distribute and Distribute Marijuana, Cocaine, Oxycodone, Psilocybin, Promethazine, and Fentanyl (Count Two, et al.)

Date: 04/19/2024

*Issuing officer's signature*

City and state: Norfolk, Virginia

Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 4/22/2024, and the person was arrested on *(date)* 5/10/2024
at *(city and state)* NORFOLK VA.

Date: 5/10/2024

*Arresting officer's signature*

D. Payne  DUSM
*Printed name and title*
on behalf of FBI

RECEIVED

2024 MAY 13 A 8 27

CLERK US DISTRICT COURT
NORFOLK, VIRGINIA