IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk/Newport News Division

UNITED STATES OF AMERICA

v.                                            Criminal Case No. 4:23cr54

**Anastasia Suyas,**

         **Defendant.**

## STIPULATION

All parties agree that there are no factors or facts material to guideline computations in dispute.

I HEREBY ACKNOWLEDGE THAT THE ABOVE-MENTIONED STIPULATION IS TRUE.

Anastasia Suyas
_____            _____
DEFENDANT                                                  DATE

*Artisha Gregg*                                            7/5/24
_____            _____
COUNSEL FOR DEFENDANT                             DATE

_____/s/_____            <u>July 8, 2024</u>
Eric M. Hurt                                                             Date
Assistant United States Attorney
Virginia State Bar No. 35765

Attorney for the United States
United States Attorney=s Office
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
(757) 591-4000 Office
(757) 591-0866 Fax

                              Respectfully Submitted,
                              ANASTASIA SUYAS


                              By:_____/s/_____
                              Artisha T. Gregg, Esq.


By_____/s/_____
Artisha T. Gregg, Esq.
Virginia Bar # 66753
Attorney for Defendant
Rice & Gregg
125 Saint Paul's Blvd., Suite 110
Norfolk, VA 23510
757-351-3437 phone
757-512-7694 fax
atgregg@firmforfamilies.com

2

CERTIFICATE OF SERVICE

  I hereby certify that on the 5th day of July, I electronically filed the foregoing with the clerk of court using the CM/ECF system, which will send a notification of such filing (NEF) to the following: Eric M. Hurt, Assistant United States Attorney, 11815 Fountain Way, Suite 200, Newport News, Virginia 23606.

By_____/s/_____
Artisha T. Gregg, Esq.
Virginia Bar # 66753
Attorney for Defendant
Rice & Gregg
125 Saint Paul's Blvd., Suite 110
Norfolk, VA 23510
757-351-3437 phone
757-512-7694 fax
atgregg@firmforfamilies.com

  I hereby further certify that on the 5th day of July, 2024, I caused a true and correct copy of the foregoing to be mailed to the following:

  Samantha Bean
  U.S. Probation Officer
  600 Granby Street
  Suite 230
  Norfolk, VA 23510

4