UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA

v.  Case No. 4:23-CR-00054-AWA-DEM

GRACIELA RUIZ-BERNABE,

Defendant.

## DEFENDANT'S WAIVER OF APPEARANCE AT ARRAIGNMENT AND APPEARANCE AT HEARINGS ON PRE-TRIAL MOTIONS

Defendant Graciela Ruiz-Bernabe is charged in the Second Superceding Indictment with offenses in violation of Titles 18 and 21 of the United States Code. ECF No. 434. She was previously arraigned on the Superceding Indictment filed at ECF No. 10, pleaded "not guilty," demanded trial by jury, and waived her presence at hearings on pretrial motions. ECF No. 253. Defendant is aware she has the right to be present in Court for her arraignment on the Second Superceding Indictment under Fed. R. Crim. P. 10. She is further aware that she has the right to appear at any hearings and argument on motions prior to trial.

I, Graciela Ruiz-Bernabe, having received a copy of the Second Superceding Indictment in this matter filed at ECF No. 434 and reviewed it with my attorney, plead "not guilty" to the superceding indictment, demand trial by jury, and waive my appearance at hearings on motions before trial.

Date: August 1, 2024

_____
Graciela Ruiz-Bernabe

Date: August 1, 2024

/s/ Paul A. Driscoll
Counsel for Graciela Ruiz-Bernabe

✓ Waiver Approved       ____ Waiver Disapproved

ENTER: 8/2, 2024

/s/ Douglas E. Miller
UNITED STATES MAGISTRATE JUDGE