Mary Batts

[Your Address]

[City, State, ZIP Code]

[Phone Number]

[Email Address – optional]

To Whom It May Concern,

My name is Mary Batts, and I am the proud grandmother of Antonio Stowes. I am writing this letter as a character reference on his behalf, with the hope that it may offer some insight into the kind, respectful, and deeply caring young man I know him to be.

Antonio has survived several hardships in his young life, despite these current challenges he is facing, he remains a devoted father, a loving grandson, and a responsible young man. We share a close bond, and prior to his incarceration, I saw him almost every day. Even though he doesn't live with me, Antonio regularly came by to help with chores around the house and to assist with odd jobs without ever being asked. His willingness to help and his thoughtful nature speak volumes about his character.

He is a gentle and attentive father who truly loves his child. I have seen firsthand the pain he feels at being separated from his son and the deep remorse he carries for the actions that led to his current situation. Antonio has openly expressed to me his regret and his sincere desire to grow from this experience. He understands the consequences of his choices and is committed to doing better—not only for himself, but for his son, who looks up to him.

I truly believe that Antonio is not beyond rehabilitation. He has a strong moral foundation and a heart that cares deeply for his family. With the right guidance and support, I know he can move forward, make positive contributions to society, and become a law-abiding citizen and a role model for his child.

Thank you for taking the time to read this letter and for considering the person Antonio truly is. I hope you will allow him the opportunity to prove that he can change and live up to the potential I—and many others who know him—believe he has.

Sincerely,

Mary Batts