April 8, 2025

Dear Honorable Judge,

My name is Arianna Johnson, and I am the mother of Trevell Davis Jr.'s son. I respectfully submit this let[ter to] the Court on behalf of Mr. Davis.

Trevell and I have known each other for several years and have been in a committed relationship for the [past] six years. Together, we have built a family and share a young son, Trevell Davis III.

Throughout our time together, I have known Trevell to be a loving, caring, and community-ori[ented] individual. He is the type of person who would give the shirt off his back to help someone in need. I [have] personally witnessed his kindness and generosity - not only toward his family, but also toward strangers i[n our] community. Even during difficult times, including his current situation, Trevell has remained a dedicate[d and] supportive father, actively involved in the upbringing of our son, with the strong support of his family.

Even though Trevell is unable to be home right now, he makes every effort to maintain a strong relatio[nship] with our son. He calls or video chats with him almost every single day, making sure their bond continu[es to] grow. Our son, who is now seven months old, lights up with smiles whenever he sees his father's face o[n the] screen. It warms my heart to see our baby starting to recognize Trevell as his father and calling him "Da[da"] with so much joy. Despite the physical distance, Trevell's love and presence are felt every day in our son's [life.]

I personally come from a two-parent household, just like Trevell, and I understand firsthand the imp[act a] strong and loving family can have on a child's life. Having both parents actively involved shapes a c[hild's] confidence, emotional security, and future success. Trevell shares these same values, and we bot[h are] committed to building that solid foundation for our son.

Trevell has accepted full responsibility for his past actions. He has expressed sincere remorse and a ge[nuine] desire to move forward and build a positive future for himself, our son, and our family. We often speak [about] the life we hope to build together once this matter is resolved, and he is deeply committed to personal gr[owth] and making better choices.

This experience has been life-changing for Trevell. He has taken it seriously and has demonstrated signif[icant] personal reflection and growth. I wholeheartedly believe in his ability to continue on a positive path a[nd] become an even stronger role model for our son and a valuable member of society.

Thank you for your time and consideration in reading this letter. I respectfully ask that you take into acc[ount] Trevell's true character, his growth, and his commitment to change as you make your decision.

Sincerely,

Arianna Johnson