April 8, 2025

Dear Honorable Judge Allen,

I am writing to you from the heart, as a father who loves his son deeply and believes in his ability to c My son, Trevell Davis, Jr. ("TJ"), is a young man who was raised in a home full of love, structure, an My wife and I have dedicated 19 years of our lives serving our local community - myself in the Departn Public Works and my wife as the Assistant Director of Human Resources - but the greatest work we hav is raising our seven children with strong values.

TJ has always had a good heart. From the time he was small, he showed kindness, loyalty, and a willing help others. Like many young men, he has made mistakes - mistakes that he fully owns. What I see t not a hardened young man, but a son who has learned hard lessons and who now stands ready to rebu life.

TJ recently became a father himself to my grandson, Trevell Davis III. This has changed him profounc wants more than anything to be a better man for his son - to provide him with the same love and guida received growing up. Being away from his family has been incredibly hard for him, but it has also oper eyes to what truly matters: family, responsibility, and making better choices.

I know he cannot change the past, but I firmly believe in the man he is working hard to become. V family, are here to support him every step of the way - to lift him up when he struggles and to ho accountable to his goals. He is not alone, and he will not walk this road alone.

I humbly ask for your grace and mercy as you consider TJ's future. I ask you to see the good in him, th that we - his parents, his siblings, and now his own son - see in him every day. I know he is capable of t this painful chapter into the foundation of a better life.

Thank you for your time, your compassion, and your consideration.

With deepest respect,
Trevell Davis