To Whom It May Concern,

It is with great sincerity that I write this letter on behalf of Trevell Davis Jr., a man I have com[e to] know as both a hardworking professional and an upstanding individual.

Trevell is a devoted family man with a newborn son and a loving fiancée, soon to be his wife[. His] love for them is evident in every conversation, and he takes immense pride in his role as a f[ather] and partner. He approaches his personal life with the same care and commitment that he brin[gs to] his professional endeavors.

In the workplace, Trevell is an exceptional asset. He is not only hardworking but also incre[dibly] intelligent and technically savvy. He has a knack for finding solutions and navigating challenges [with] a calm, thoughtful approach. His professionalism and dedication are qualities that inspire t[hose] around him, and he consistently goes above and beyond to ensure success in everythin[g he] undertakes.

What sets Trevell apart is his character. He is kind, dependable, and respectful, with a natural a[bility] to connect with people from all walks of life. Whether it's in his professional setting or withi[n his] community, Trevell is someone others look up to and trust.

It is rare to encounter someone as well-rounded and driven as Trevell Davis Jr. He is a m[an of] integrity who balances his personal and professional life with grace, and I am confident he [will] continue to make a positive impact on those around him.

Please feel free to reach out if you require any additional information or would like to discuss fur[ther.]

Sincerely,
Billy Patton