Character Reference for Trevell Davis Jr.

To the Honorable Judge,

Dear Your Honor,

I am writing this letter on behalf of Trevell Davis Jr., affectionately known to many as TJ. As b[e] mother's cousin and lifelong best friend, I have had the privilege of knowing TJ his entire life. I respe[ctfully] ask that you consider my words as a sincere reflection of his character, growth, and readiness to [rejoin] society as a productive, responsible citizen.

TJ is a uniquely charismatic and caring individual. From a young age, he demonstrated a joyful spirit [and] infectious enthusiasm for life. He has always sought to share that joy with those around him, often go[ing out] of his way to lift the spirits of others. His loyalty, trustworthiness, and reliability have been constants [in my] experience with him. When he gives his word, he keeps it-something instilled in him early in life [by his] parents, who taught him that a man's word and his actions are the foundation of his integrity.

While TJ's joy and adventurous spirit have been his strengths, they have at times also led to imp[ulsive] decisions. I have had many candid conversations with him about the importance of slowing down and th[inking] critically before acting. Over time, I have witnessed remarkable growth in his ability to pause, refle[ct, and] choose wisely. He has come to understand how even one moment of recklessness can have ripple eff[ects on] not only his own life but also the lives of those he loves most and innocent citizens.

This growth has been especially evident in his role as a father. Becoming a parent has been both his g[reatest] challenge and his greatest motivator. The pain of missing irreplaceable time with his son has prof[oundly] affected him. It has served as a wake-up call-one that has inspired deep self-reflection and lasting chan[ge. He] is determined never to repeat the mistakes that led to his separation from his child. His son is now his g[reatest] reason to stay on the right path, and I truly believe that his love and responsibility as a father will cont[inue to] ground him.

In my professional role, I work with socioeconomically disadvantaged children in a middle school s[etting.] Every day, I witness the long-term emotional and psychological impacts of fatherlessness. I know how [vital] it is for children, particularly boys, to have strong male role models in their lives. TJ understands this a[s well,] and he is committed to breaking that cycle for his son, and for himself.

While TJ's journey has included missteps, it is clear to me that he has taken full accountability for his a[ctions.]
He has used this time to reflect, to grow, and to transform.
He now understands the weight of his choices and the importance of surrounding himself with p[ositive] influences. He no longer seeks excitement for its own sake, but rather fulfillment, stability, a[nd the] opportunity to be the kind of father and man he was raised to be.

Your Honor, I offer this letter with confidence and compassion, believing wholeheartedly that TJ is re[ady]

return to his community with a renewed sense of purpose and maturity.

He has shown through his actions and his words that he is not the same man he once was. I trust that h

make the most of a second chance-not only for himself but for the son who looks up to him, and for the who believes in him.

Thank you for your time and thoughtful consideration.

Respectfully,
Rahsheedah Morant (Mother's Cousin)
Sheedahbmorant@gmail.com