<u>**Character Reference for Trevell Davis, Jr.**</u>

April 25, 2025

To whom it may concern,

My name is LaRhonda Edwards, and I am writing to offer a character reference for Trevell Davis, Jr., who I have had the privilege of knowing his entire life, as his mother has been my best friend since we were children. Trevell's family is more like family to me and I have always treated Trevell, affectionately known as "TJ", as if he were my son. With his court proceedings approaching, I felt compelled to share my some of my observations of his character based on our history.

From infancy to young adulthood, Trevell has always displayed strength, determination, and independency. These strengths were displayed in school, sports, and within his family and social relationships. He has always been respectful, considerate, empathetic, and maintains a positive attitude, even when met with adversity. The characteristic that I favor most about Trevell is his humbleness; his desire and effort to acknowledge and correct any grave misconduct or action that displays moral depravity. I have worked in the justice system for many years and I have never met a young man so eager to change his life and truly be a constructive member of society.

Trevell became a father since he's been incarcerated and he has never met his son. And although, Trevell was raised in a two-parent household, his son has yet to experience this. With the commitment, love, and support from myself and his family, it is my sincere hope and prayer that the court considers a sentence that's conducive to his rehabilitation and uniting him with his son.

With Sincere Gratitude,

LaRhonda Edwards

(757) 759-2901