Latisha Hymon, Family Services Specialist-NNDHS

4/24/2025

Federal District Court

600 Granby St # 193A

Norfolk, VA 23510

Re: Character Reference Letter for Trevell Davis Jr.

Dear Honorable Judge,

My name is Latisha Hymon, and I am writing this letter on behalf of Trevell Davis Jr., whom I have known for 27 years as a close family friend. I respectfully ask that you consider this letter as a testament to his character as you review his request for sentencing.

Trevell is a young man who has always shown a strong sense of integrity and respect toward others. Throughout the time I've known him, he has consistently demonstrated honesty, a calm demeanor, and a willingness to take responsibility for his actions. These qualities are especially evident now, as he is fully committed to facing the current situation with accountability and a desire to move forward in a positive direction.

What stands out most about Trevell at this point in his life is the growth I've seen in him since becoming a new father. He is deeply motivated to provide for his child—not just materially, but emotionally and morally. Trevell is determined to be a father his child can look up to, someone who leads by example and instills values of respect, responsibility, and love.

He is surrounded by a strong support system of family and friends who are ready and willing to help him stay on a positive path. We all believe in his potential and are committed to helping him build a life rooted in stability and purpose. Considering your decision for Trevell's sentencing, I ask that you consider allowing him to continue that growth while maintaining his bond with his child and loved ones.

I understand the seriousness of the situation before the court. However, I sincerely believe that Trevell is not a flight risk, nor a danger to the community. He is someone who values his life, his future, and the people who believe in him. I ask that you consider these factors when making your decision. Thank you for your time and consideration.

Sincerely,

Latisha Hymon