*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF VIRGINIA*
**NEWPORT NEWS DIVISION**

Thursday, July 10, 2025

**MINUTES OF PROCEEDINGS IN**     Open Court

**PRESENT:** THE HONORABLE Arenda L. Wright Allen, District Judge

Deputy Clerk: L. Curtis                    Reporter: Michelle Maar, OCR

| Set: 9:00 a.m. | Started: 9:10 a.m. | Ended: 4:45 p.m. |
|---|---|---|

| |
|---|
| Case No.   4:23cr54 |
| **United States of America** |
| **v.** |
| **Cortez Dayshawn Bumphus, Dilquon Best, Earvin Jerome Moore and Kamani Johnson** |
| (Jury Trial Day #3) |
| Eric Hurt and Luke Bresnahan present on behalf of the Government. |
| Blake Weiner present on behalf of the Defendant, Cortez Dayshawn Bumphus. |
| Christian Connell present on behalf of the Defendant, Dilquon Best. |
| Brian Miller, present on behalf of the Defendant, Earvin Jerome Moore. |
| Defendant, Kamani Johnson, appeared pro se. |
| John Gregario, present as stand-by counsel on behalf of the Defendant, Kamani Johnson. |
| All Defendants present. |
| Matter came on for continuation of trial with jury. |
| Out of the presence of the Jury, Defendant, Kamani Johnson, placed on record concerns regarding the receipt of discovery. Government summarized the production of discovery. |
| Out of the presence of the Jury, Government informed the Court that it would not ask Mr. Reeves questions related to Mr. Best's Motion to Suppress (ECF No. 1316). |
| Government continued presentation of evidence in part. |
| Objections heard and rulings made. |
| Court adjourned and jurors excused to return tomorrow, 7/11/2025 at 9:00 a.m. |
| LUNCH BREAK: 1:00 PM – 2:15 PM |