IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Newport News Division*

UNITED STATES OF AMERICA

    v.

DILQON BEST
a/k/a "Quon" a/k/a "DQ",

              Defendant.

Criminal No. 4:23-cr-54

## **ADDITIONAL PROPOSED JURY INSTRUCTION**

The defendant, Dilquon Best, by counsel, respectfully requests that the Court include in its charge to the jury the following advisory proposed finding of fact.  Counsel could find no legal authority in the Fourth Circuit or Supreme Court requiring the Trial Court to provide the instruction.  However, Best requests that the instruction be given based on the Supreme Court's logic in *United States v. Booker*, 543 U.S. 220 (2005) and *Alleyne v. United States*, 570 U.S. 99 (2013).  *See, e.g.*, *United States v. Flores*, No. 13-4220 at 6 n.2 (4th Cir. Apr 07, 2014) (Doc. 63).

1

ADVISORY FINDING OF FACT

In this case, with regards to the offense charged in Count Two of the Second Superseding Indictment, if you find the defendant guilty, you should then decide the total amount of controlled substances that were involved in this case and that are specifically attributable to each defendant. You need not decide the exact amount of marijuana but must select a range into which the estimated quantity falls:

You **may** select only **one** of the ranges below:

90,000 KG or more of Marihuana: _____

At least 30,000 KG but less than 90,000 KG of Marihuana: _____

At least 3,000 KG but less than 10,000 KG of Marihuana:_____

At least 1,000 KG but less than 3,000 KG of Marihuana:_____

At least 700 KG but less than 1,000 KG of Marihuana:_____

At least 400 KG but less than 700 KG of Marihuana:_____

At least 100 KG but less than 400 KG of Marihuana:_____

At least 80 KG but less than 100 KG of Marihuana:_____

At least 60 KG but less than 80 KG of Marihuana: _____

At least 40 KG but less than 60 KG of Marihuana_____

At least 20 KG but less than 40 KG of Marihuana: _____

At least 10 KG but less than 20 KG of Marihuana: _____

Less than 10KG of Marijuana: _____

1 kilogram = 2.205 pounds

2

DILQUON J. BEST


_____/s/_____
Christian L. Connell
Bar No. 35009
Counsel for Dilquon Best
555 E. Main St. Suite 1102
Norfolk, VA 23510
Telephone: 757-533-6500
Facsimile:  757-299-4770
Email: christian.connell@outlook.com


CERTIFICATE OF SERVICE


I hereby certify that, on the July 25, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing (NEF) to the following:


_____/s/_____
Christian L. Connell
Bar No. 35009
Counsel for Dilquon Best
555 E. Main St. Suite 1102
Norfolk, VA 23510
Telephone: 757-533-6500
Facsimile:  757-299-4770
Email: christian.connell@outlook.com

3