IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Newport News Division*



FILED
IN OPEN COURT

JUL 3 0 2025

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )    Criminal No. 4:23cr54 |
| | ) |
| DILQUON BEST, | ) |
| a/k/a "Quon" a/k/a "DQ" | ) |
| Defendant. | ) |

<span style="color:red">Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.</span>

## VERDICT FORM

We the jury, unanimously find the defendant, DILQUON BEST:

**COUNT 1**:  With respect to Count 1, Continuing Criminal Enterprise:

Guilty __✓__       Not Guilty_____

**COUNT 2**:  With respect to Count 2, Conspiracy to Possess with Intent to Distribute and Distribute Marijuana:

Guilty __✓__       Not Guilty_____

NOTE: If your answer to Count 2 is "Guilty," please answer the following questions:

With Respect to Count 2, mark the total amount of marijuana you find was Distributed:

__✓__ 1000 kilograms or more

_____ less than 1000 kilograms but at least 100 kilograms

_____ less than 100 kilograms

With Respect to Count 2, mark the total amount of marijuana you find was Possessed with Intent to Distribute:

__✓__ 1000 kilograms or more

_____ less than 1000 kilograms but at least 100 kilograms

_____ less than 100 kilograms

**COUNT 3**:    With respect to Count 3, Conspiracy to Launder Money:

Guilty___✓___        Not Guilty_____


**COUNT 5**:    With respect to Count 5, Use of a Communication Facility in Furtherance
of Drug Trafficking:

Guilty___✓___        Not Guilty_____


So Say We All, this _30_ day of July, 2025.

REDACTED COPY

_____
JURY FOREPERSON

_United States v. Dilguon Best_
4:23-cr-54