9ev. 02/2006

## COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
Norfolk/Newport News Division

## SENTENCING MINUTES

| | |
|---|---|
| Set: 9:00 a.m. | Date: December 11, 2025 |
| Started: 9:00 a.m. | Judge: Arenda Wright Allen |
| Ended: 10:30 a.m. | Court Reporter: Michelle Maar |
| | U.S. Attorney: Eric Hurt |
| | Defense Counsel: James Short |
| | Courtroom Deputy: Lorraine Curtis |
| | Probation Officer: Joshua Coleman |

Case No. 4:23cr54-002
Defendant: Dontae Lamont Dozier          (X) in custody  (   ) on bond

_X_  Came on for disposition.    _X_  Defendant sworn.      ___  Interpreter sworn

_X_  Court finds the defendant GUILTY as to Counts _2 and 34_ after a plea before a USMJ.

_X_  Presentence Report reviewed.    _X_  Objections heard and rulings made.

_X_  Court adopts PSR for the purpose of establishing the advisory guidelines.

_X_  Evidence presented. (Witness: Dontae Dozier)

_X_  Arguments of counsel heard. ___ Statement of defendant heard.

## IMPRISONMENT:

SENTENCE: Counts _2 and 34_: The defendant shall be committed to the custody of the BOP to be imprisoned for a total term of _248_ months. This term consist of 188 months on Count 2 and 60 months on Count 34, to be served consecutively.

_X_  The defendant is remanded to the custody of the U.S. Marshal.

___  The defendant shall surrender for service of the sentence at the institution designated by the BOP/U.S. Marshal before _____ on _____, as notified by the U.S. Marshal.

___  If defendant is unable to arrange transportation to the designated institution, the United States Marshal will arrange transportation for the defendant.

___  If the defendant is not notified by the United States Marshal of the institution designated, the defendant shall report to the United States Marshal at 600 Granby Street, Norfolk, VA, by _____ on _____, to begin service of the sentence.

## PROBATION:

___  The defendant shall be placed on probation for a term of ___ years.

## SUPERVISED RELEASE:

 X   Upon release from imprisonment, the defendant shall be on supervised release for a term of **FIVE (5) YEARS.** This term consists of FIVE (5) YEARS on Count 2 and a term of FIVE (5) YEARS on Count 34.

___   The Court will not impose a term of supervised release as it is not required by statute and the defendant is a deportable alien who likely will be deported after imprisonment.

## Standard Conditions of Supervised/Probation:

The defendant shall report in person to the probation office in federal judicial district where you are authorized to reside within 72 hours of release from the custody of the Bureau of Prisons.

While on supervised release, the defendant shall not commit another federal, state, or local crime.

While on supervised release, the defendant shall not illegally possess a controlled substance.

While on supervised release, the defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

## Special Conditions of Supervised Release/Probation:

*The defendant waived the reading of the special conditions in open court.*

*The defendant shall comply with the standard and special conditions that have been outlined in the PSR and incorporated into the Judgment.*

# FINANCIAL PENALTIES

## SPECIAL ASSESSMENT:

 X   As to count   2  , the defendant shall pay a special assessment in the amount of  $100.00   .
 X   As to count   34  , the defendant shall pay a special assessment in the amount of  $100.00   .

The total special assessment due is     $200.00         and shall be due in full immediately.

## FINE:

 X   No fine imposed
___   Court finds defendant is unable to pay fine.

## RESTITUTION:

___ Restitution to be determined.

 X   No restitution imposed.

___ The defendant shall make restitution in the amount of $_____.

___ Restitution Judgment Order, entered and filed in open court.

## SCHEDULE OF PAYMENTS:

  X   The special assessment shall be due in full immediately.

___ At the time supervision commences, the probation officer shall take into consideration the defendant's economic status as it pertains to his ability to pay the special assessment ordered and shall notify the court of any change that may need to be made to the payment schedule.

___ Each restitution payment shall be divided proportionately among the payees named.

 X    Any special assessment payments may be subject to penalties for default and delinquency.

 X   Nothing in the Court's order shall prohibit the collection of any judgment by the United States.

_X_    Since this judgment imposes a period of imprisonment, payment of Criminal Monetary penalties shall be due during the period of imprisonment.  All criminal monetary penalty payments are to be made to the Clerk, United States District Court, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

_X_    The defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until the special assessment imposed by this judgment is fully paid.

____The defendant notified of right of appeal.

_X_    Court noted that defendant waived right of appeal in plea agreement.

_X_    On motion of government, remaining counts and all charging documents dismissed.

____The defendant is continued on present bond and cautioned re bail jumping.

_X_    Court recommends incarceration at

    _X_    a facility as close to the Tidewater Virginia area as possible.
    _X_    a facility with a Residential Drug Abuse Program (RDAP) when and if defendant qualifies.

    _X_    a facility with vocational and educational opportunities

    _X_    a facility that will provide a mental health evaluation, diagnosis and treatment as needed.

    _X_    a facility that will provide anger management treatment.

_X_    Consent Order of Forfeiture to be entered.

## Additional Counts/Comments:

_____

_____

_____

_____

_____

_____