9ev. 02/2006

COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
Norfolk/Newport News Division

# SENTENCING MINUTES

Set: 11:00 a.m.
Started: 12:05 p.m.
Ended: 1:35 p.m.

Date: September 1, 2026
Senior District Judge: Arenda Wright Allen
Court Reporter: Michelle Maar
U.S. Attorney: Eric Hurt
Defense Counsel: Steven Washington
Courtroom Deputy: Lorraine Curtis
Probation Officer: Kalyn Monreal

Case No. Robert Moses, Jr.
Defendant: 4:23cr54-027

(X) in custody ( ) on bond

_X_ Came on for disposition. _X_ Defendant sworn. ___ Interpreter sworn

_X_ Court finds the defendant GUILTY as to Counts 1 and 73 after a plea before a USMJ.

_X_ Presentence Report reviewed. ___ Objections heard and rulings made.

_X_ Court adopts PSR for the purpose of establishing the advisory guidelines.

_X_ Evidence presented. (Witness sworn: Dawn Moses)

_X_ Arguments of counsel heard. _X_ Statement of defendant heard.

## IMPRISONMENT:

SENTENCE: Counts 1 and 73 : The defendant shall be committed to the custody of the BOP to be imprisoned for a total term of **THREE HUNDRED (300) MONTHS**. The term consists of TWO HUNDRED FORTY (240) MONTHS on Count 1 and a term of SIXTY (60) MONTHS on Count 73, all to run consecutively.

_X_ The defendant is remanded to the custody of the U.S. Marshal.

___ The defendant shall surrender for service of the sentence at the institution designated by the BOP/U.S. Marshal before _________ on ____________________, as notified by the U.S. Marshal.

___ If defendant is unable to arrange transportation to the designated institution, the United States Marshal will arrange transportation for the defendant.

___ If the defendant is not notified by the United States Marshal of the institution designated, the defendant shall report to the United States Marshal at 600 Granby Street, Norfolk, VA, by __________________ on _________________________ _______, to begin service of the sentence.

## PROBATION:

___ The defendant shall be placed on probation for a term of ___ years.

## SUPERVISED RELEASE:

__X__ Upon release from imprisonment, the defendant shall be on supervised release for a term of **FIVE (5) YEARS.** The term consists of FIVE (5) YEARS on Count 1 and a term of THREE (3) YEARS on Count 73, all to run concurrently.

___ The Court will not impose a term of supervised release as it is not required by statute and the defendant is a deportable alien who likely will be deported after imprisonment.

## Standard Conditions of Supervised/Probation:

The defendant shall report in person to the probation office in federal judicial district where you are authorized to reside within 72 hours of release from the custody of the Bureau of Prisons.

While on supervised release, the defendant shall not commit another federal, state, or local crime.

While on supervised release, the defendant shall not illegally possess a controlled substance.

While on supervised release, the defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

## Special Conditions of Supervised Release/Probation:

*The defendant waived the reading of the special conditions in open court.*

*The defendant shall comply with the standard and special conditions that have been outlined in the PSR and incorporated into the Judgment.*

# FINANCIAL PENALTIES

## SPECIAL ASSESSMENT:

_X_ As to count _1_, the defendant shall pay a special assessment in the amount of _$100.00_.
_X_ As to count _73_, the defendant shall pay a special assessment in the amount of _$100.00_.

The total special assessment due is _$200.00_ and shall be due in full immediately.

## FINE:

_X_ No fine imposed
___ Court finds defendant is unable to pay fine.

---

## RESTITUTION:

___ Restitution to be determined.

_X_ No restitution imposed.

___ The defendant shall make restitution in the amount of $___________.

___ Restitution Judgment Order, entered and filed in open court.

---

## SCHEDULE OF PAYMENTS:

_X_ The special assessment shall be due in full immediately.

___ At the time supervision commences, the probation officer shall take into consideration the defendant's economic status as it pertains to his ability to pay the special assessment ordered and shall notify the court of any change that may need to be made to the payment schedule.

___ Each restitution payment shall be divided proportionately among the payees named.

_X_ Any special assessment payments may be subject to penalties for default and delinquency.

_X_ Nothing in the Court's order shall prohibit the collection of any judgment by the United States.

_X_ Since this judgment imposes a period of imprisonment, payment of Criminal Monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments are to be made to the Clerk, United States District Court, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

_X_ The defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until the special assessment imposed by this judgment is fully paid.

___The defendant notified of right of appeal.

_X_ Court noted that defendant waived right of appeal in plea agreement.

_X_ On motion of government, all remaining counts dismissed.

___ The defendant is continued on present bond and cautioned re bail jumping.

_X_ Court recommends incarceration at

_X_ a facility as close to California/Arizona as possible.
_X_ a facility with a Residential Drug Abuse Program (RDAP) when and if defendant qualifies.

_X_ a facility with vocational and educational opportunities

_X_ a facility that will provide a mental health evaluation, diagnosis and treatment as needed.

_X_ Consent Order of Forfeiture entered and filed on September 1, 2026.

## Additional Counts/Comments:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________